UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RANJIT SINGH DHESI, a.k.a. GURMEET SINGH,<br><br>      Petitioner,<br><br>  v.<br><br>BRYON WILCOX, Acting Field Director of Immigration and Customs Enforcement, *et al.*,<br><br>      Respondents. | Case No. C11-246-TSZ-BAT<br><br>**REPORT AND RECOMMENDATION** |

  On February 14, 2011, petitioner Ranjit Singh Dhesi, proceeding through counsel, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, challenging his detention by the United States Immigration and Customs Enforcement ("ICE"). Dkt. 1. On May 18, 2011, however, petitioner filed a status report, which indicates that he was released from immigration custody on May 13, 2011, and is no longer detained by ICE. Dkt. 16. Petitioner asserts that this matter has become moot and may be dismissed. *Id*.

  For a federal court to have jurisdiction, "an actual controversy must exist at all stages of the litigation." *Biodiversity Legal Foundation v. Badgley*, 309 F.3d 1166, 1173 (9th Cir. 2002). "When a controversy no longer exists, the case is moot." *Id*. Because petitioner is no longer detained by ICE, the Court finds that petitioner's habeas petition is moot and should be

REPORT AND RECOMMENDATION - 1

1   dismissed without prejudice and without award of costs to either party.  *See, e.g., Cooney v.*

2   *Edwards*, 971 F.2d 345, 346 (9th Cir. 1992)(holding that the District Court properly dismissed

3   plaintiff's claims that had become either moot or unripe).  A proposed Order accompanies this

4   Report and Recommendation.

5        Any objections to this Recommendation must be filed and served upon all parties no later

6   than **June 6, 2011.**  If no objections are filed, the matter will be ready for the Court's

7   consideration on that date.  If objections are filed, any response is due within 14 days after being

8   served with the objections.  A party filing an objection must note the matter for the Court's

9   consideration 14 days from the date the objection is filed and served.  The matter will then be

10  ready for the Court's consideration on the date the response is due.  Objections and responses

11  shall not exceed twelve pages.  The failure to timely object may affect your right to appeal.

12       DATED this 23rd day of May, 2011.

13

14                                       BRIAN A. TSUCHIDA
                                         United States Magistrate Judge

REPORT AND RECOMMENDATION - 2