# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

RANJIT SINGH DHESI, a.k.a. GURMEET SINGH,

    Petitioner,

v.

BRYON WILCOX, Acting Field Director of Immigration and Customs Enforcement, *et al.*,

    Respondents.

Case No. C11-246-TSZ

**ORDER OF DISMISSAL**

The Court, having reviewed petitioner's status report and the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, finds and Orders as follows:

1. The Court adopts the Report and Recommendation, docket no. 17;

2. This action is **DISMISSED** as moot and without award of costs to either party;

3. The Clerk shall send a copy of this Order to all counsel and to Judge Tsuchida.

DATED this 10th day of June, 2011.

Thomas S. Zilly
United States District Judge

ORDER OF DISMISSAL - 1